EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Rafael Rivera Rosa | 2008 TSPR 83<br><br>174 DPR \_\_\_\_ |

Número del Caso: TS-6621


Fecha: 15 de mayo de 2008


 Abogado de la Parte Peticionaria:

                          Por Derecho Propio

Hon. Procurador General de Justicia:

                          Lcdo. Salvador J. Antonetti Stutts
                          Procurador General

Comisionada Especial:

                          Hon. Crisanta González Seda

Materia: Reinstalación




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Rafael Rivera Rosa

TS-6621

RESOLUCIÓN

San Juan, Puerto Rico, a 15 de mayo de 2008.

El 1 de mayo de 2001, el Lcdo. Rafael Rivera Rosa solicitó ante este Tribunal que se le permitiera renunciar voluntariamente al ejercicio de la abogacía por razones de salud. Atendida dicha solicitud, autorizamos la renuncia del señor Rivera Rosa y, como consecuencia, ordenamos la eliminación de su nombre del registro de abogados.

En septiembre de 2006, el señor Rivera Rosa solicitó su reinstalación al ejercicio de la abogacía. Adujo que se encuentra totalmente capacitado para reanudar su práctica profesional. Posteriormente, el señor Rivera Rosa presentó una moción para que su caso se ventilara al amparo de la Regla 15 del Reglamento del Tribunal Supremo. De conformidad con la mencionada regla, designamos a la Hon. Crisanta González Seda en calidad de Comisionada Especial para que recibiera la prueba pericial sobre la capacidad mental del señor Rivera Rosa y para que rindiera un informe con determinaciones de hechos y las recomendaciones que estimara pertinentes.

En síntesis, se desprende del Informe de la Comisionada Especial sometido ante nos que ya no

está presente la condición de salud mental que afectó al peticionario y que no existe impedimento médico, en este momento, para que éste pueda ejercer la abogacía. Por ende, ordenamos la reinstalación del Lcdo. Rafael Rivera Rosa a la práctica de la abogacía con la condición que, una vez reinstalado al ejercicio de la profesión, ofrezca evidencia por un período no menor de dos años de que su condición se ha mantenido en remisión. Para ello, el peticionario debe presentar ante este Tribunal un Informe Pericial anual de los médicos que lo atienden en el Hospital de Veteranos que acredite que su condición de salud continúa en remisión.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo